State v. Roy

STATE' OF NORTH CAROLINA v. PAUL PETER ROY, JR.

No. 7216SC638

(Filed 25 October 1972)

APPEAL by defendant from *Hobgood, Judge,* 21 February 1972 Session of Superior Court held in ROBESON County.

The defendant Paul Peter Roy, Jr., was charged in separate bills of indictment, proper in form, with rape and burglary.

The defendant was found guilty of assault with intent to commit rape and with felonious breaking and entering.

From judgments imposing consecutive prison sentences of ten years, defendant appealed.

*Attorney General Robert Morgan and Assistant Attorney General James E. Magner for the State.*

*Britt & Britt by Evander M. Britt and McLean, Stacy, Henry & McLean by William S. McLean for defendant appellant.*

HEDRICK, Judge.

Counsel for defendant state in their brief that they have reviewed the record and find no error in defendant's trial in the Superior Court. We have carefully examined the record and find that defendant had a fair trial free from prejudicial error.

No error.

Judges VAUGHN and GRAHAM concur.